

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00451-CV

Celia Beatriz **GARCIA**,
Appellant

v.

Michael Anthony **BENAVIDES**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-09-32349-CV
Honorable Ron Carr, Judge Presiding

# O R D E R

On March 22, 2019, the Honorable Ron Carr, sitting for the 38th Judicial District Court in Uvalde County, signed a default final decree of divorce. The decree appointed Michael Anthony Benavides and Ceila Beatriz Garcia Silva as joint managing conservators with Benavides given the exclusive right to designate the primary residence of the child M.A.B.

Garcia filed a motion for new trial and a notice of appeal.

In a petition for writ of habeas corpus filed in Bexar County, Benavides averred that the child was being illegally restrained by Garcia, and Benavides sought a writ of attachment for possession of the child. On August 9, 2019, the Honorable David A. Canales, the presiding judge of the 73rd District Court in Bexar County, issued the writ.

On August 12, 2019, Garcia moved this court to issue emergency temporary orders granting her possession of the child and setting a hearing on the matter of possession.

Garcia's motion for emergency temporary orders is DENIED without prejudice to Garcia seeking appropriate relief from the trial court. *See* TEX. FAM. CODE ANN. § 109.001.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court